■ Martin Flynn, Respondent, v Turner Construction Company et al., Appellants, et al., Defendant. (And Another Action.) [57 NYS3d 396]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Joan A. Madden, J.), entered on or about October 27, 2016, and said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated May 25, 2017, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Sweeny, J.P., Mazzarelli, Andrias, Moskowitz and Gische, JJ.